

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00507-CV

**ESTATE OF SHIRLEY L. BENSON**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 20, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  David J. Beck                          Ellen Mitchell
     Beck Redden L.L.P.                     Cox Smith Matthews Inc
     One Houston Center                     112 E Pecan St Ste 1800
     1221 McKinney Street, Suite 4500       San Antonio, TX 78205-1521
     Houston, TX 77010-2010